195 So.2d 148

**Reuben L. HAMMOND**

**v.**

**GLOBE INDEMNITY COMPANY.**

No. 48578.

Feb. 24, 1967.

In re: Reuben L. Hammond applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 193 So.2d 319.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

195 So.2d 149

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS,**

**v.**

**Kemble K. KENNEDY, Jr.**

No. 48583.

Feb. 24, 1967.

In re: Kemble K. Kennedy, Jr., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 193 So.2d 848.

Writ refused. No error of law under the facts found by the Court of Appeal.